## TEXENE BOSCO *v.* J. NEALE MACDONALD COMPANY, INC., ET AL.
### (AC 15161)

Lavery, Heiman and Hennessy, Js.

Submitted on briefs March 24—officially released April 29, 1997

Per Curiam. The judgment is affirmed.

## AMERICAN ENVIRONMENTAL TECHNOLOGIES, INC. *v.* PETER A. BRAY
### (AC 16234)

Lavery, Schaller and Thim, Js.

Argued March 20—officially released April 29, 1997

Per Curiam. The judgment is affirmed and the case is remanded for the purpose of setting a new sale date.

## ELIZABETH C. BELTER *v.* ROBERT A. BELTER
### (AC 15757)

Dupont, C. J., and Landau and Schaller, Js.

Submitted on briefs March 24—officially released April 29, 1997

Per Curiam. The judgment is affirmed.